```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CREDIT SUISSE SECURITIES (USA) LLC,         :
                                            :
                        Plaintiff,          :
                                            :         09 Civ. 10253 (RMB)
        - against -                         :
                                            :         ORDER
DAVID TRAINER and NEW CONSTRUCTS            :
LLC,                                        :
                                            :
                        Defendants.         :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/09

Based upon the representation of the parties, as memorialized in a Memorandum of Understanding, dated December 22, 2009, and upon the understanding that the parties intend to abide by the terms of a temporary restraining order, originally issued by the Court on December 17, 2009, until such time as they finalize their settlement agreement (excluding the word "retaining"), it is hereby

**ORDERED**, that the action be, and the same hereby is, discontinued; provided, however, that either party may apply by letter on or before January 8, 2009, showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED.**

Dated: New York, New York
       December 23, 2009

_____
Richard M. Berman, U.S.D.J.